NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIO A. RAMOS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5145

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0859, Judge Lynn J. Bush.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

In a document received by the court on June 23, 2014, Julio A. Ramos moves the court to recall the mandate issued in this appeal. This appeal was dismissed on October 28, 2013 for failure to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and failure to file the brief required by Federal Circuit Rule 31(a). The mandate issued on the same day. Ramos's petition for

rehearing, received on January 8, 2014, was previously rejected as untimely.

Ramos asserts he was held in confinement in a special housing unit without access to legal materials from September through December of 2013. Much time has passed following the asserted confinement in special housing. Ramos has not proffered a brief or paid the fee or moved for leave to proceed in forma pauperis, and the failure to provide these items was the ground for dismissal of the appeal. Ramos has failed to demonstrate any extraordinary circumstances that warrant recalling the mandate at this late date. *Calderon v. Thompson*, 523 U.S. 538, 550 (1998).

Accordingly,

IT IS ORDERED THAT:

The motion to recall the mandate is denied. Further submissions will be reviewed and, if they relate to the same matter, will be noted as received on the docket without further response.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26